RECEIVED
IN ALEXANDRIA, LA

JAN 15 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROGER ROHRER** | : | **DOCKET NO. 06-1242** |
| VS. | : | **JUDGE TRIMBLE** |
| **MICHAEL ASTRUE, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED ADJUDGED AND DECREED** that plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C.§ 406(b)(1) is GRANTED and the court hereby awards attorney's fees to plaintiff's counsel in the amount of $20,739.95.

**IT IS FURTHER ORDERED** that plaintiff's counsel upon receipt of this award, refund to plaintiff the previously awarded EAJA fees in the amount of $4,875.00

**THUS DONE AND SIGNED** in chambers at Lake Charles, Louisiana, this 12th day of January, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE